ment (100 N. Y. Supp. 554) affirmed, with costs. Order filed.

SCHENKEL, Appellant, v. COOPER, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Jacob Schenkel against Solomon Cooper. M. Schleimer, for appellant. W. Klingenstein, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHIAVO, Appellant, v. FAULHABER STABLE CO., Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Nichola Schiavo, as administrator, against the Faulhaber Stable Company. T. J. O'Neill, for appellant. A. D. Lind, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHIEFER et al. v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Ernst Schiefer and others against the New York & Harlem Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

SCHLESINGER v. GILHOOLY. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Leo Schlesinger, as receiver, against Andrew Gilhooly. G. Glaze, for plaintiff. E. Hall, for defendant. No opinion. Exceptions overruled, and judgment ordered on the verdict, with costs, on the authority of Schlesinger v. Kelly (App. Div. July, 1906) 99 N. Y. Supp. 1083. Settle order on notice.

SCHLESINGER v. KELLY. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Leo Schlesinger against J. Frank Kelly. No opinion. Motion denied, with $10 costs. Order filed.

SCHLESINGER v. LEHMAIER. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Leo Schlesinger against Ludwig Lehmaier. No opinion. Motion denied. Order filed.

SCHLESINGER, Respondent, v. SCHULTZ et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Leo Schlesinger, as receiver, against Carl R. Schultz, impleaded. A. S. Gilbert, for appellants. G. W. Glaze, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHMIDT, Respondent, v. MOELLER, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Arthur Schmidt against Adolfo Moeller. H. H. Maass, for appellant. J. S. Hess, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHNARENDORF v. DUNN. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Alfred Schnarendorf against Walter E. Dunn. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SCHNECK, Respondent, v. DANZIGER, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by George Schneck against Lena Danziger. No opinion. Motion for reargument denied.

SCHOENBORN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Edward Schoenborn against the International Railway Company. PER CURIAM. Judgment reversed, with costs to the appellant in this and the Municipal Court. Held, that the plaintiff failed to establish actionable negligence on the part of the defendant. SPRING, J., not sitting.

SCHOMACKER v. BAUM. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Dierck Schomacker against Max C. Baum. No opinion. Motion to dismiss appeal denied. Order filed.

SCUDDER, Respondent, v. LEWIS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Townsend Scudder against Charles F. Lewis, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

SEARLES, Respondent, v. GEBBIE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by George W. Searles against Frank Gebbie and others. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified.

SEEBER, Respondent, v. TOWN OF LEON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Hess Seeber against the town of Leon. PER CURIAM. Judgment affirmed, with costs. KRUSE, J., dissents.

In re SEIFTER. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) In the matter of the judicial settlement of the accounts of Frederick Seifter, as administrator, etc., of Pincus Seifter, deceased. No opinion. Order of the Surrogate's Court of Kings County affirmed, with costs.

SHANNON v. FALULAH PAPER CO. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by